UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

v.

WHENDI PHIPPS, *et al.*,

    Defendants.

Case No. C16-1953RSL

ORDER DISMISSING CLAIMS
AGAINST TEN DEFENDANTS

This matter comes before the Court *sua sponte*. On March 16, 2017, the Court granted an extension of time in which to affect service in this matter. Plaintiff was given "an additional forty-five days, until May 5, 2017, to file proofs of waiver as to all defendants or a second motion for extension of time detailing the efforts made toward effecting personal service." Dkt. # 12 at 2. As of the date of this order, no proof of service or motion for extension of time has been filed with regards to defendants Whendi Phipps, Sharon Boyd, Brandon Marsh, Leeondrey Fitts, Clinton Henderson, David MacKinnon, Charles Ryan Brighton, Martin Martinez, Michael Smith, and/or Rachel Kron. The claims asserted against these defendants are hereby DISMISSED.

Dated this 11th day of May, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DISMISSING CLAIMS AGAINST
TEN DEFENDANTS