UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

        Plaintiff,

    v.

WHENDI PHIPPS, *et al.*,

        Defendants.

Case No.  C16-1953RSL

ORDER REINSTATING CLAIMS
AGAINST WHENDI PHIPPS,
CLINTON HENDERSON, AND
RACHEL KRON

    This matter comes before the Court on plaintiff's "Motion to Set Aside Dismissal." Dkt. # 33. On March 16, 2017, the Court granted an extension of time in which to affect service in this matter. Plaintiff was given "an additional forty-five days, until May 5, 2017, to file proofs of waiver as to all defendants or a second motion for extension of time detailing the efforts made toward effecting personal service." Dkt. # 12 at 2. Plaintiff failed to timely file proof of service or waiver as to ten defendants, and the claims against them were dismissed on May 11, 2017.

    Plaintiff has now filed proof that service was in fact achieved on three of the defendants, Whendi Phipps, Clinton Henderson, and Rachel Kron, within the time allowed. The failure to comply with the Court's order requiring filing by a certain date is nevertheless troubling. Inadvertence in light of the Court's repeated indications that it will strictly enforce the service deadlines does not constitute good cause. Because this is the first time this particular situation has arisen (at least before the undersigned), the motion

1  to set aside is GRANTED. The claims against Whendi Phipps, Clinton Henderson, and

2  Rachel Kron are hereby reinstated.[1] Counsel is advised, however, that future failures to

3  comply with service requirements and orders of the Court will not be excused absent

4  good cause.

5

6      Dated this 12th day of May, 2017.

7                                    *Mt S Lasnik*

8                                    Robert S. Lasnik
                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

---

22      [1] Plaintiff also submitted "Stipulations of Dismissal with Prejudice" as to four other
defendants and argues that "the stipulations of dismissal should be recognized as they are with
23  prejudice per the Confidential Settlement Agreements with each party." Dkt. # 33 at 2. No
information is provided regarding the dates of the settlement agreements, no arguments are
24  asserted regarding the effect of the dismissal on May 11, 2007, if any, and the nature of the
requested "recognition" is unclear. The Court takes notice that the stipulated dismissals are
25  undated and were filed on May 11, 2017.

26  ORDER REINSTATING CLAIMS AGAINST
WHENDI PHIPPS, CLINTON HENDERSON,
AND RACHEL KRON