1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS INC.,

                    Plaintiff,

          vs.

DOE 1, et al.,

                    Defendants.

NO.  C16-1953RSL

ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte.  The above entitled case was filed on December 21, 2016.  A Stipulation of Dismissal was filed on June 6, 2017.  No documents have been filed since June 6, 2017.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1).  Plaintiff shall file a responsive brief no later than May 3, 2018.  The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, May 4, 2018.

DATED this 19th day of April, 2018.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE